**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JACQUELINE OLIVIERA, ON HER OWN
BEHALF AND ON BEHALF OF OTHERS
SIMILARLY SITUATED,

                Plaintiffs,

-vs-                                         Case No. 6:08-cv-2076-Orl-28GJK

RELIABLE PERSONNEL SERVICES,
INC., CONDADO MOTORS ORLANDO,
INC., E-Z RENT A CAR, INC., RALPH
JAMES, MEHRDAD MEMARPOURI,

                Defendants.
_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 41) filed May 21, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 26, 2009 (Doc. No. 42) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement is **GRANTED** to the extent that the Court finds the parties' settlement to be fair and reasonable.

3. This case is dismissed with prejudice,

4. The Clerk is directed close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22 day of June, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party